THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE R. WILSON, Appellant, v. LEWIS E. LAWES, Warden of Sing Sing Prison, Ossining, N. Y., Respondent.— Motion granted to the extent of adding the appeal to the calendar for the March term of this court. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ. [See *post*, p. 757.]

CECILIA L. BORDON, as Administratrix, etc., of JEANETTE LUKASZEWSKI, Deceased, Respondent, v. CENTRAL HUDSON GAS AND ELECTRIC CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

ALICIA M. CRACKNELL, Appellant, v. LONG ISLAND LIGHTING COMPANY, Respondent.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

ASHER DOMNITCH, Respondent, v. UNITY HOSPITAL and ROMEO W. AUERBACH, Appellants.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

MORRIS GOLDSTEIN, Respondent, v. MASSACHUSETTS ACCIDENT COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of BALTIMORE MAIL STEAMSHIP COMPANY, Petitioner, for an Order of Prohibition against LEWIS L. FAWCETT, as Justice of the Supreme Court of the State of New York, and MICHAEL MADSEN, Respondents.— Motion for a final order of prohibition granted as a matter of law and not in the exercise of discretion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of the Intermediate Judicial Settlement of the Account of Proceedings of ELEANOR R. BELMONT and Others, as Trustees of the Trust for RAYMOND BELMONT under the Last Will and Testament of August Belmont, Deceased, for the Period from June 7th, 1928, to October 17th, 1934. CAROLYN H. WHITE and Others, etc., Appellants; ELEANOR R. BELMONT and Others, as Trustees, etc., of RAYMOND BELMONT, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee, to the Land, etc., Required for the Purpose of Opening and Extending Brigham Street, from the Northerly Fork of Avenue U to Avenue Y, etc., in the Borough of Brooklyn, City of New York. 330 WEST 95TH STREET CORPORATION, Appellant; THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.